■ In the Matter of ROBERT PELCHER, Doing Business as HORSESHOE TAVERN, Appellant, v CITY OF ROCHESTER et al., Respondents. — Judgment

unanimously affirmed, without costs. Memorandum: In this CPLR article 78 proceeding seeking to annul respondent's determination which revoked petitioner's amusement center license after a hearing, a substantial evidence question is raised sufficient to bring this proceeding within the purview of CPLR 7804 (subd [g]). Although Special Term confirmed respondent's determination and dismissed the petition, we treat this appeal as a transfer of the petition to this court for review (see, e.g., *Matter of Schultz v Tonawanda Housing Auth.*, 79 AD2d 843; *Matter of Tipon v Appeals Bd. of Administrative Adjudication Bur., State of N. Y. Dept. of Motor Vehicles*, 52 AD2d 1065, mot for lv to app den 40 NY2d 806; *Matter of Hammerl v Mavis*, 41 AD2d 724, affd 34 NY2d 579). A review of the entire record discloses that respondent's determination is supported by substantial evidence and was not arbitrary or capricious (see *Matter of Purdy v Kreisberg*, 47 NY2d 354, 358; *300 Gramatan Ave. Assoc. v State Div. of Human Rights*, 45 NY2d 176, 180-182; *Matter of Pell v Board of Educ.*, 34 NY2d 222, 230-232; *Matter of Cortland-Clinton, Inc. v New York State Dept. of Health*, 59 AD2d 228, 232). (Appeal from judgment of Supreme Court, Monroe County, Curran, J. — art 78.) Present — Simons, J. P., Hancock, Jr., Doerr, Denman and Schnepp, JJ.